UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH SKILKEN & CO., | ) |
| Plaintiff, | ) |
| v. | ) 2:13-cv-00322-JAW |
| OXFORD AVIATION, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING DEFAULT JUDGMENT**

On September 18, 2013, the Clerk entered a default against Oxford Aviation, Inc. and in favor of Joseph Skilken & Co. (Skilken). *Order Granting Mot. for Entry of Default J.* (ECF No. 9). On October 16, 2013, Skilken moved for default judgment. *Pl.'s Mot. for Default J.* (ECF No. 10). On October 25, 2013, following an October 24, 2013 Order of the Court, Skilken filed two affidavits establishing that it had met the First Circuit's requirements in *Key Bank of Maine v. Tablecloth Textile Co. Corp.*, 74 F.3d 349 (1st Cir. 1996).

On November 15, 2013, having determined that the affidavits demonstrated satisfactorily compliance with *Key Bank* requirements, the Court reviewed the merits of Skilken's Motion for Default Judgment and issued an Order, indicating that most of the claimed damages were in order but raising questions about two areas of claimed damages: (1) $53,840.00 for loss of use of the Cessna for three and one-half months and (2) the rental cost of substitute transportation, including rental of a NetJets plane for a planned flight in the amount of $38,916.47 and motor

vehicles for trips where the Cessna would have been used in the amount of $1,993.14. *Order on Mot. for Default J.* at 4-6. *Order on Mot. for Default J.* at 4-6. The Court's concern was that Skilken's damages claims had failed to credit Oxford Aviation with the lack of Cessna expenses that Skilken incurred during the period that the Cessna was being repaired and had failed to credit Oxford Aviation with the cost of the trips that Skilken would have incurred had the Cessna been used. *Id.* The Court ordered Skilken to explain the bases for these claimed damages within ten days of the date of the Order. *Id.* at 6. On November 15, 2013, Skilken's attorney, Daniel Nuzzi, filed a notice with the Court waiving those elements of damage. *Notice Concerning Pl.'s Resp. to Order on Mot. for Default J.* (ECF No. 22)

Having reviewed the remaining elements of damage and having found them proper and having determined that the questioned damage elements have been waived, the Court hereby ORDERS that Judgment shall issue in favor of Joseph Skilken & Co. and against Oxford Aviation, Inc. in the total amount of Four Hundred Twenty-Three Thousand, Two Hundred Ninety Five Dollars and Seventy-Seven Cents ($423,295.77) plus interest and costs.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2013